IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH D. HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-10-715-C |
| | ) | |
| CITY OF OKLAHOMA CITY, | ) | |
| KENNETH JORDAN, STACY DAVIS, | ) | |
| and WILLIAM CITTY, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER OF DISMISSAL

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Valerie K. Couch, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Couch entered a Report and Recommendation on February 25, 2011, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

The facts and relevant law are set out in full in the accurate and well-reasoned opinion of the Magistrate Judge and no point would be served in repeating that analysis. In his objection, Plaintiff raises no issue of law or fact that was not fairly addressed and correctly decided by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, this civil rights action is dismissed.

As no amendment can cure the defect, this dismissal acts as an adjudication on the merits, and a judgment will enter.

IT IS SO ORDERED this 22nd day of March, 2011.

*[Signature]*
ROBIN J. CAUTHRON
United States District Judge